# EXHIBIT A

U.S. Department of Justice

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Ms. Jennifer N. Bacon
Federal Bureau of Investigation
Washington, DC

Dear Ms. Bacon:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Mr. Zach Feldman
Washington Field Office
Federal Bureau of Investigation

Dear Mr. Feldman:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Mr. Gilbert Granados
Federal Bureau of Investigation
Washington, DC

Dear Mr. Granados:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Ms. Catherine Miossi Herrera
Federal Bureau of Investigation
Washington, DC

Dear Ms. Herrera:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Mr. Harrison Robert Kaufman
Washington Field Office
Federal Bureau of Investigation

Dear Mr. Kaufman:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Mr. Jeremy Christopher Linton
Federal Bureau of Investigation
Washington, DC

Dear Mr. Linton:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

U.S. Department of Justice

Federal Bureau of Investigation

Office of the Director

Washington, D.C. 20535-0001

February 25, 2026

Ms. Erin F. Matanic
Washington Field Office
Federal Bureau of Investigation

Dear Ms. Matanic:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

**U.S. Department of Justice**

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 26, 2026

Ms. Danielle Ray
Washington Field Office
Federal Bureau of Investigation

Dear Ms. Ray:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (USPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director

U.S. Department of Justice

Federal Bureau of Investigation

Office of the Director

*Washington, D.C. 20535-0001*

February 25, 2026

Ms. Rachel Vaccaro
Washington Field Office
Federal Bureau of Investigation

Dear Ms. Vaccaro:

This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from federal service, under my authority as the FBI Director, effective immediately.

You have exercised poor judgment and a lack of impartiality in carrying out duties, leading to the political weaponization of the government.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director