# EXHIBIT B

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BACON, JENNIFER N | [redacted] | [redacted] | 02/25/2026 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 330 | REMOVAL |
| 5-C. Code | 5-D. Legal Authority |
| ZLM | 28 U S C 536 |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
SUPVY SPECIAL AGENT-SECTION CHIEF
60005293 400145

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| ES | 1811 | 00 | 00 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 |

14. Name and Location of Position's Organization
FEDERAL BUREAU OF INVESTIGATION
HEADQUARTERS
D5-COUNTERINTELLIGENCE DIV
GLOBAL OPERATIONS SECTION

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

22. Name and Location of Position's Organization
1B
DJ AV0105056500000000 PP 04 2026

## EMPLOYEE DATA

23. Veterans Preference: 2
1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30%

24. Tenure: 0
0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite

25. Agency Use:

26. Veterans Preference for RIF: X YES ☐ NO

27. FEGLI: K0 BASIC-2X ADDITIONAL

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0 NOT APPLICABLE

30. Retirement Plan: M FERS AND FICA SPECIAL

31. Service Comp. Date (Leave): 12/11/2000

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 3
1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved

35. FLSA Category: E
E – Exempt; N – Nonexempt

36. Appropriation Code:

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City – County – State or Overseas Location): WASHINGTON DIST OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: P | ED LV:17 YR:05 INST PRG:520201 |

45. Remarks
Forwarding address: [redacted]
Lump-sum payment to be made for any unused annual leave.
Reason(s) for removal: Removal under Article II effective 02/25/2026.

46. Employing Department or Agency
U.S. DEPARTMENT OF JUSTICE

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ02 | 4017 | 02/27/2026 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CHRISTIE CURTIS
ASSISTANT DIRECTOR

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | [redacted] | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| FELDMAN, ZACH | | [redacted] | 02/25/26 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5-C. Code** | **5-D. Legal Authority** |
| ZLM | 28 U S C 536 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## [redacted] ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
SPECIAL AGENT
39202897 112001

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 12 | 02 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | | |

14. Name and Location of Position's Organization
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

22. Name and Location of Position's Organization

1B
DJ AV0256392000000000 PP 05 2026

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None; 2-5 Point; 3-10 Point/Disability; 4-10 Point/Compensable; 5-10 Point/Other; 6-10 Point/Compensable/30%) | 1 (0-None; 1-Permanent; 2-Conditional; 3-Indefinite) | | YES [ ] / NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| CO BASIC | 9 NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| MF FERS (FRAE) SPECIAL | 06/06/21 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service; 2-Excepted Service; 3-SES General; 4-SES Career Reserved) | E (E-Exempt; N-Nonexempt) | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DIST OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: X | ED LV:04 YR:00 INST PRG:000000 |

45. Remarks

Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.
Forwarding address:
[redacted]
Lump-sum payment to be made for any unused annual leave.
Reason(s) for removal: Article 2 USC

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | | ELECTRONICALLY SIGNED BY: CHRISTIE CURTIS ASSISTANT DIRECTOR |
| **47. Agency Code** | **48. Personnel Office ID** | **49. Approval Date** | |
| DJ AV | 4017 | 02/26/26 | |

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GRANADOS, GILBERT | [redacted] | [redacted] | 02/25/2026 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5-C. Code** | **5-D. Legal Authority** |
| ZLM | 28 U S C 536 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
STAFF OPERATIONS SPECIALIST
05420132 212489

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 12 | 06 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 |

**14. Name and Location of Position's Organization**
FEDERAL BUREAU OF INVESTIGATION
HEADQUARTERS
D5-COUNTERINTELLIGENCE DIV
D5-CNTRESPIONAGE UNAUTHOR DIS

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**22. Name and Location of Position's Organization**

1B
DJ AV0185055700000000 PP 04 2026

## EMPLOYEE DATA

**23. Veterans Preference:** 1 (1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30%)

**24. Tenure:** 1 (0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite)

**25. Agency Use:**

**26. Veterans Preference for RIF:** YES / NO — X (NO)

**27. FEGLI:** C0 BASIC

**28. Annuitant Indicator:** 9 NOT APPLICABLE

**29. Pay Rate Determinant:** 0 NOT APPLICABLE

**30. Retirement Plan:** KF FERS (FRAE)

**31. Service Comp. Date (Leave):** 09/21/2014

**32. Work Schedule:** F FULL TIME

**33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 2 (1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved)

**35. FLSA Category:** N (E – Exempt; N – Nonexempt)

**36. Appropriation Code:**

**37. Bargaining Unit Status:** 8888

**38. Duty Station Code:** 11-0010-001

**39. Duty Station (City – County – State or Overseas Location):** WASHINGTON DIST OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: X | ED LV:04 YR:00 INST PRG:000000 |

**45. Remarks**

Forwarding address: [redacted]
Lump-sum payment to
Reason(s) for removal: Removal under Article II effective 02/25/2026.

**46. Employing Department or Agency:** U.S. DEPARTMENT OF JUSTICE

**47. Agency Code:** DJ02

**48. Personnel Office ID:** 4017

**49. Approval Date:** 02/27/2026

**50. Signature/Authentication and Title of Approving Official**
ELECTRONICALLY SIGNED BY:
CHRISTIE CURTIS
ASSISTANT DIRECTOR

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HERRERA, CATHERINE MIOSSI | [redacted] | [redacted] | 02/27/2026 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code: 357 | 5-B. Nature of Action: TERMINATION | 6-A. Code: | 6-B. Nature of Action: |
| 5-C. Code: ZLM | 5-D. Legal Authority: 28 U S C 536 | 6-C. Code: | 6-D. Legal Authority: |
| 5-E. Code: | 5-F. Legal Authority: | 6-E. Code: | 6-F. Legal Authority: |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPERVISORY INTELLIGENCE ANALYST<br>13220126 214525 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0132 | 14 | 06 | [redacted] | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION<br>TSIU | 1B<br>DJ AV0301441300000000 PP 04 2026 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30%) | 1 (0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite) | | YES X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC | 9 NOT APPLICABLE | 0 NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 09/27/2009 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved) | E (E – Exempt; N – Nonexempt) | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DIST OF COLUMBIA DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:13 YR:07 INST PRG:160905 |

45. Remarks

```
SF 2819 was provided. Life insurance coverage is extended for 31 days
during which you are eligible to convert to an individual policy
(nongroup contract).
Health benefits coverage is extended for 31 days during which you are
eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage
for up to 18 months.
Forwarding address: [redacted]
Lump-sum payment to be made for any unused annual leave.
OPF retained by F.B.I./E-OPF
Reason(s) for removal: UNDER ARTICLE II
```

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | | ELECTRONICALLY SIGNED BY: |
| 47. Agency Code: DJ02 | 48. Personnel Office ID: 4017 | 49. Approval Date: 02/27/2026 | CHRISTIE CURTIS<br>ASSISTANT DIRECTOR |

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HERRERA, CATHERINE MIOSSI | [redacted] | [redacted] | 02/25/2026 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 002 | CORRECTION |
| 5-C. Code | 5-D. Legal Authority |
| | |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| 6-C. Code | 6-D. Legal Authority |
| ZLM | 28 U S C 536 |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
SUPERVISORY INTELLIGENCE ANALYST
13220126 214525

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0132 | 14 | 06 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 |

14. Name and Location of Position's Organization
FEDERAL BUREAU OF INVESTIGATION
TSIU

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

22. Name and Location of Position's Organization

DJ AV0301441300000000 PP 05 2026

## EMPLOYEE DATA

23. Veterans Preference: 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use:

26. Veterans Preference for RIF: YES / X NO

27. FEGLI: C0 BASIC

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 0 NOT APPLICABLE

30. Retirement Plan: K FERS AND FICA

31. Service Comp. Date (Leave): 09/27/2009

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)

35. FLSA Category: E (E - Exempt; N - Nonexempt)

36. Appropriation Code:

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City - County - State or Overseas Location): WASHINGTON DIST OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:13 YR:07 INST PRG:160905 |

45. Remarks

```
SF-2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS
DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NON-
GROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE
ALSO ELIGIBLE FOR TEMP CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO
18 MTHS
FORWARDING ADDRESS=
[redacted]
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
OPF RETAINED BY
REASON(S) FOR REMOVAL:
CORRECTS REMOVAL DATE FROM 2/27/2026 TO 2/25/2026
```

46. Employing Department or Agency: U.S. DEPARTMENT OF JUSTICE

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ02 | 4017 | 02/25/2026 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CHRISTIE CURTIS
ASSISTANT DIRECTOR

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| KAUFMAN, HARRISON ROBERT | [redacted] | [redacted] | 02/25/26 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5-C. Code** | **5-D. Legal Authority** |
| ZLM | 28 U S C 536 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
STAFF OPERATIONS SPECIALIST
39204422 212489

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 12 | 03 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | | .00 |

**14. Name and Location of Position's Organization**
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**22. Name and Location of Position's Organization**
1B
DJ AV0256392000000000 PP 05 2026

## EMPLOYEE DATA

**23. Veterans Preference:** 1 (1–None; 2–5 Point; 3–10 Point/Disability; 4–10 Point/Compensable; 5–10 Point/Other; 6–10 Point/Compensable/30%)

**24. Tenure:** 1 (0–None; 1–Permanent; 2–Conditional; 3–Indefinite)

**25. Agency Use:**

**26. Veterans Preference for RIF:** YES X NO

**27. FEGLI:** CO BASIC

**28. Annuitant Indicator:** 9 NOT APPLICABLE

**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** KF FERS (FRAE)

**31. Service Comp. Date (Leave):** 02/19/18

**32. Work Schedule:** F FULL TIME

**33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 2 (1–Competitive Service; 2–Excepted Service; 3–SES General; 4–SES Career Reserved)

**35. FLSA Category:** N (E–Exempt; N–Nonexempt)

**36. Appropriation Code:**

**37. Bargaining Unit Status:** 8888

**38. Duty Station Code:** 11-0010-001

**39. Duty Station (City - County - State or Overseas Location):** WASHINGTON DIST OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: X | ED LV:04 YR:00 INST PRG:000000 |

**45. Remarks**

Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.
Forwarding address:
[redacted]
Lump-sum payment to be made for any unused annual leave.
Reason(s) for removal: Article 2 USC

**46. Employing Department or Agency:** U.S. DEPARTMENT OF JUSTICE

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ AV | 4017 | 02/26/26 |

**50. Signature/Authentication and Title of Approving Official**
ELECTRONICALLY SIGNED BY:
CHRISTIE CURTIS
ASSISTANT DIRECTOR

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LINTON, JEREMY CHRISTOPHER | [redacted] | [redacted] | 02/25/2026 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 330 | REMOVAL |
| **5-C. Code** | **5-D. Legal Authority** |
| ZLM | 28 U S C 536 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

7. FROM: Position Title and Number
SUPVY SPECIAL AGENT
60001423 114001

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 14 | 01 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

14. Name and Location of Position's Organization
FEDERAL BUREAU OF INVESTIGATION
HEADQUARTERS
D5-COUNTERINTELLIGENCE DIV
IRAN COUNTERINTELLIGENCE UNIT

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

22. Name and Location of Position's Organization

1B
DJ AV0105052400000000 PP 04 2026

## EMPLOYEE DATA

23. Veterans Preference: 2
1 – None; 2 – 5-Point; 3 – 10-Point/Disability; 4 – 10-Point/Compensable; 5 – 10-Point/Other; 6 – 10-Point/Compensable/30%

24. Tenure: 1
0 – None; 1 – Permanent; 2 – Conditional; 3 – Indefinite

25. Agency Use

26. Veterans Preference for RIF: X YES | NO

27. FEGLI: C0 BASIC

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 6 SPECIAL RATE

30. Retirement Plan: MF FERS (FRAE) SPECIAL

31. Service Comp. Date (Leave): 09/20/2008

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period

## POSITION DATA

34. Position Occupied: 2
1 – Competitive Service; 2 – Excepted Service; 3 – SES General; 4 – SES Career Reserved

35. FLSA Category: E
E – Exempt; N – Nonexempt

36. Appropriation Code

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City – County – State or Overseas Location): WASHINGTON DIST OF COLUMBIA DC

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: P | ED LV:04 YR:00 INST PRG:000000 |

45. Remarks
Forwarding addre[redacted]
Lump-sum payment[redacted]
Reason(s) for removal: Removal under Article II effective 02/25/2026.

46. Employing Department or Agency
U.S. DEPARTMENT OF JUSTICE

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ02 | 4017 | 02/27/2026 |

50. Signature/Authentication and Title of Approving Official
ELECTRONICALLY SIGNED BY:
CHRISTIE CURTIS
ASSISTANT DIRECTOR

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MATANIC, ERIN F | [redacted] | [redacted] | 02/25/26 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 357 | TERMINATION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 28 U S C 536 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| STAFF OPERATIONS SPECIALIST<br>60002467 212489 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 12 | 05 | [redacted] | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL BUREAU OF INVESTIGATION<br>WASHINGTON | 1B<br>DJ AV0256392000000000 PP 05 2026 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None; 2-5 Point; 3-10 Point/Disability; 4-10 Point/Compensable; 5-10 Point/Other; 6-10 Point/Compensable/30%) | 1 (0-None; 1-Permanent; 2-Conditional; 3-Indefinite) | | YES [ ] NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 WAIVED | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF FERS (FRAE) | 03/19/17 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service; 2-Excepted Service; 3-SES General; 4-SES Career Reserved) | N (E-Exempt; N-Nonexempt) | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DIST OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:00 YR:00 INST PRG:000000 |

45. Remarks

Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.
Forwarding address:
[redacted] unused annual leave.
Reason(s) for removal: Removal under Article 2 USC

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | | ELECTRONICALLY SIGNED BY:<br>CHRISTIE CURTIS<br>ASSISTANT DIRECTOR |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| DJ AV | 4017 | 02/26/26 | |

3-Part 50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

DJ AV0256392000000000 PP 05 2*2026*BATCH 40176794 000-00 905-64 AG/EO AV-4017

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. So[redacted] | [redacted] | 4. Effective Date |
|---|---|---|---|
| RAY, DANIELLE | [redacted] | [redacted] | 02/26/26 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5-C. Code** | **5-D. Legal Authority** |
| ZLM | 28 U S C 536 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SEC[redacted]

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
SPECIAL AGENT
39205547 113001

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1811 | 13 | 10 | [redacted] | PA |

| 12A. Basic Pay | 12B.–12D. |
|---|---|
| [redacted] | [redacted] |

14. Name and Location [redacted]
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

22. Name and Location of Position's Organization

1B
DJ AV0256392000000000 PP 05 2026

## EMPLOYEE DATA

23. Veterans Preference: 1 (1-None; 2-5 Point; 3-10 Point/Disability; 4-10 Point/Compensable; 5-10 Point/Other; 6-10 Point/Compensable/30%)

24. Tenure: 1 (0-None; 1-Permanent; 2-Conditional; 3-Indefinite)

25. Agency Use:

26. Veterans Preference for RIF: YES / X NO

27. FEGLI: CO BASIC

28. Annuitant Indicator: 9 NOT APPLICABLE

29. Pay Rate Determinant: 6

30. Retirement Plan: M FERS AND FICA SPECIAL

31. Service Comp Date (Leave): 05/17/04

32. Work Schedule: F FULL TIME

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1-Competitive Service; 2-Excepted Service; 3-SES General; 4-SES Career Reserved)

35. FLSA Category: E (E-Exempt; N-Nonexempt)

36. Appropriation Code:

37. Bargaining Unit Status: 8888

38. Duty Station Code: 11-0010-001

39. Duty Station (City - County - State or Overseas Location): WASHINGTON DIST OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:17 YR:06 INST PRG:110401 |

45. Remarks

Health benefits coverage is extended for 31 days during which you are
eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage
for up to 18 months
Forwarding address: [redacted] Federal Bureau of Investigation.
935 Pennsylvania Avenue NW
Washington DC 20535
Reason(s) for removal: Article 2 USC

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | | ELECTRONICALLY SIGNED BY: |
| **47. Agency Code** | **48. Personnel Office ID** | **49. Approval Date** | CHRISTIE CURTIS |
| DJ AV | 4017 | 02/27/26 | ASSISTANT DIRECTOR |

3-Part 50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

2 – OPF Copy – Long-Term Record – DO NOT DESTROY

DJ AV0256392000000000 PP 05 2*2026*BATCH 40176793 000-00 905-64 AG/EO AV-4017

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| VACCARO, RACHEL | [redacted] | [redacted] | 02/25/2026 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 357 | TERMINATION |
| **5-C. Code** | **5-D. Legal Authority** |
| ZLM | 28 U S C 536 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
INTELLIGENCE ANALYST
39203964 214523

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0132 | 14 | 07 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | .00 |

**14. Name and Location of Position's Organization**
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**22. Name and Location of Position's Organization**
1B
DJ AV02563920000000000 PP 05 2026

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%) | 1 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite) | | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D8 BASIC-STANDARD | 9 NOT APPLICABLE | 0 NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 01/09/2005 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved) | N (E - Exempt; N - Nonexempt) | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DIST OF COLUMBIA DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:13 YR:04 INST PRG:520201 |

**45. Remarks**
Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
You are also eligible for temporary continuation of your FEHB coverage
[redacted]sed annual leave.
Reason(s) for removal: Article 2 USC

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DJ02 | 4017 | 02/26/2026 | CHRISTIE CURTIS<br>ASSISTANT DIRECTOR |