AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Jennifer Bacon, et al.
*Plaintiff*
v.
Kashyap P. Patel, et al.
*Defendant*

Case No. 1:26-cv- 3604

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Bacon; Zach Feldman; Gilbert Granados; Catherine Herrera; Harrison Kaufman; Jeremy Linton; Erin Matanic; Danielle Ray; and Rachel Vaccaro .

Date: October 15, 2026

*Attorney's signature*

Margaret M. Donovan, D.D.C. No. CT0026
*Printed name and bar number*

Koskoff, Koskoff & Bieder
350 Fairfield Ave.
Bridgeport, CT 06604
*Address*

MDonovan@Koskoff.com
*E-mail address*

(203) 336-4421
*Telephone number*

(203) 368-3244
*FAX number*